# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRANT CLEVERLEY, in his individual capacity and on behalf of nominal plaintiff ALLSITE STRUCTURE RENTALS, LLC, also a defendant herein,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES BALLANTYNE, an individual; ALLSITE STRUCTURE RENTALS, LLC,<br><br>　　　　　　Defendants. | Case No.  2:12-cv-00444-GMN-GWF<br><br>**ORDER**<br><br>Motion to Withdraw (#38) |

　　　　This matter is before the Court on Hutchison & Steffen's Motion to Withdraw as Counsel for Plaintiff Grant Cleverley ("Plaintiff") (#38), filed on September 11, 2012.  Defendants filed a timely Opposition on September 27, 2012.  Hutchison & Steffen cites irreconcilable differences between it and Plaintiff and thereby establishes good cause for the withdrawal.  Accordingly,

　　　　**IT IS HEREBY ORDERED** that Hutchison & Steffen's Motion to Withdraw as Attorney of Record for Grant Cleverley (#38) is **granted**.

　　　　**IT IS FURTHER ORDERED** that Plaintiff must retain new counsel if he intends to continue to litigate this matter.  A corporation or limited liability company may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Plaintiff Grant Cleverley shall have until **October 30, 2012** to advise the Court if he will retain new counsel.

...

...

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the last known address of Grant Cleverley to the civil docket:

   Grant Cleverley
   7839 Ellenham Road
   Ruxton, MD 21204
   or

   Grant Cleverley
   c/o Brian Thompson
   Silverman Thompson Slutkin White LLC
   201 North Charles Street, 26th Floor
   Baltimore, MD 21201

2. serve Grant Cleverley with a copy of this Order at his last known addresses listed above.

DATED this 16th day of October 2012.

*George Foley Jr.* (signature)
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**