# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRANT CLEVERLEY, in his individual capacity and on behalf of nominal plaintiff ALLSITE STRUCTURE RENTALS, LLC, also a defendant herein,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHARLES BALLANTYNE, an individual; ALLSITE STRUCTURE RENTALS, LLC,<br><br>                    Defendants. | Case No.  2:12-cv-00444-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants' Emergency Motion to Stay Certain Discovery Pending Ruling on Defendants' Motion to Dismiss Amended Complaint (#79).  The Court has now decided Defendants' Motion to Dismiss.  *See Order (#137)*.  The parties may proceed with discovery as to the remaining claims in this case as discussed in Order (#137).  Accordingly,

**IT IS HEREBY ORDERED** Defendants' Emergency Motion to Stay Certain Discovery Pending Ruling on Defendants' Motion to Dismiss Amended Complaint (#79) is **denied**.

DATED this 30th day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge