UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GRANT CLEVERLEY, in his individual capacity and on behalf of nominal plaintiff ALLSITE STRUCTURE RENTALS, LLC, also a defendant herein,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHARLES BALLANTYNE, an individual; ALLSITE STRUCTURE RENTALS, LLC,<br><br>                    Defendants. | Case No. 2:12-cv-00444-GMN-GWF<br><br>**ORDER**<br><br>**Plaintiff's Corrected Motion for Appropriate Relief - #167** |

This matter is before the Court on Plaintiff's Corrected Motion for Appropriate Relief (#167), filed on December 18, 2013. Defendants filed their Objection and Request to Strike Plaintiff's Motion (#168) on December 26, 2013, and Plaintiff filed his Reply (#170) on December 30, 2013.

**BACKGROUND AND DISCUSSION**

Plaintiff's Motion asks this Court to defer ruling on Defendant's Partial Motion to Dismiss and/or Motion to Strike Second Amended Complaint (##147, 148) so that Plaintiff may file a motion for leave to file a third amended complaint. Briefing on Defendant's Motion (##147, 148) was completed on November 27, 2013. The Court heard oral argument on that motion on December 4, 2013. Plaintiff's instant Corrected Motion for Appropriate Relief (#167) is improper because he did not request leave of court to file a supplemental brief with respect to Motion (##147, 148). *See Randazza v. Cox*, 2013 WL 5566230, *2 (D.Nev. 2013) ("The Federal Rules of Civil Procedure and the Local Rules of Practice allow parties to file only a motion, a response and a

1  reply without express prior leave of the court.")  Accordingly, Plaintiff's corrected motion will be
2  stricken.
3       The Court also finds that the Corrected Motion for Appropriate Relief (#167) is without
4  merit.  It is clearly appropriate for the Court to decide the partial motion to strike or dismiss the
5  Second Amended Complaint before it permits the filing of a third amended complaint.
6  Accordingly,
7       **IT IS HEREBY ORDERED** that Plaintiff's Corrected Motion for Appropriate Relief
8  (#167) is **stricken.**
9       DATED this 24th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge